.

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Adrian Edwards Custom Homes LLC**           ,    Case No.    **08-12149**
                                  Debtor

Chapter          **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 200,501.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 160,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 1,580.78 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 2,997,300.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 200,501.00 | | |
| Total Liabilities | | | | 3,158,881.56 | |

# United States Bankruptcy Court
## Eastern District of Virginia

In re    __Adrian Edwards Custom Homes LLC_____ ,     Case No. __08-12149_____

Debtor

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re  **Adrian Edwards Custom Homes LLC**                    ,  Case No.   **08-12149**
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
| --- | --- | --- | --- |
|  | Total > | **0.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re   **Adrian Edwards Custom Homes LLC**   ,     Case No.   **08-12149**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia Bank - checking account no. 2050000531459 Closed on 04-09-08** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re    **Adrian Edwards Custom Homes LLC**               ,     Case No.    **08-12149**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Theodore Bennett 40436 Beaconhill Drive Leesburg, VA 20176 | - | 200,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                       Sub-Total >      **200,000.00**
                                     (Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re    **Adrian Edwards Custom Homes LLC**       ,     Case No.   **08-12149**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim for deposit refund against Juno-Loudoun, LLC** | - | 1.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers (2)** | - | 100.00 |
| | | **Desk (1)** | - | 50.00 |
| | | **Filing cabinets (5)** | - | 100.00 |
| | | **Printers (2)** | - | 100.00 |
| | | **Computer server (1)** | - | 100.00 |
| | | **Fax** | - | 50.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >       **501.00**<br>(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Adrian Edwards Custom Homes LLC**    ,    Case No.    **08-12149**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 200,501.00 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Adrian Edwards Custom Homes LLC** , Case No. **08-12149**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 10/17/07 | | | | | |
| M&T Bank 9214 Center Street 2nd Floor Manassas, VA 20110 | | - | Assignment of claim against Juno-Loudoun, LLC | | | | | |
| | | | Value $ 1.00 | | | | 160,000.00 | 159,999.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal (Total of this page) | 160,000.00 | 159,999.00 |
| | Total (Report on Summary of Schedules) | 160,000.00 | 159,999.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

.

In re    **Adrian Edwards Custom Homes LLC**                                    Case No.    **08-12149**

_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                        1      continuation sheets attached

In re __Adrian Edwards Custom Homes LLC_____,    Case No. ___08-12149_____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2806** | | | **Unpaid taxes - personal property** | | | | | |
| **County of Fairfax** **P.O. Box 10203** **Fairfax, VA 22035** | - | | | | | | | 0.00 |
| | | | | | | | 1,580.78 | 1,580.78 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 1,580.78 | 1,580.78 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 1,580.78 | 1,580.78 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Adrian Edwards Custom Homes LLC** , Case No. **08-12149**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **n/a**<br><br>**A & S Sales**<br>**458 South Pickett Street**<br>**Alexandria, VA 22310** | | - | | | Trade debt | | | | **15,641.00** |
| Account No. **n/a**<br><br>**Absolute Custom**<br>**2465 Centreville Road**<br>**Herndon, VA 20171** | | - | | | Trade debt | | | | **9,157.60** |
| Account No. **n/a**<br><br>**Action Sheet Metal**<br>**5617 Vine Street**<br>**Alexandria, VA 22310** | | - | | | Trade debt | | | | **4,500.00** |
| Account No. **n/a**<br><br>**American Woodcrafters**<br>**P.O. Box 175**<br>**Brunswick, MD** | | - | | | Trade debt | | | | **2,197.50** |
| **16** continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **31,496.10** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __Adrian Edwards Custom Homes LLC_____,  Case No. ___08-12149_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **n/a** <br><br> **Appliance Connection** <br> **13851 Telegraph Road** <br> **Woodbridge, VA 22192** | | - | | Trade debt | | | | 22,318.35 |
| Account No. **n/a** <br><br> **Artistic Fireplace** <br> **13703 Pennsboro Drive** <br> **Chantilly, VA 20151** | | - | | Trade debt | | | | 2,212.50 |
| Account No. **n/a** <br><br> **BB&T** <br> **Attn: Tim Annett** <br> **1308 Devils Reach Road** <br> **Woodbridge, VA 22192** | X | - | | Spec house, Lot 66 and Lot 3 Crouch Commons - foreclosed on 2/25/08 Foreclose sale on 02/25/08 | | | | 1,181,963.00 |
| Account No. **n/a** <br><br> **Beltway Steet** <br> **P.O. Box 422** <br> **Suitland, MD 20752** | | - | | Trade debt | | | | 1,788.00 |
| Account No. **n/a** <br><br> **Capital Office Solutions** <br> **P.O. Box 277728** <br> **Atlanta, GA 30384** | | - | | Trade debt | | | | 470.49 |

Sheet no. __1___ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,208,752.34

In re **Adrian Edwards Custom Homes LLC** , Case No. **08-12149**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-3691** | | | | Trade debt | | | | |
| **Capital One** P.O. Box 70884 Charlotte, NC 28272 | - | | | | | | | 14,013.11 |
| Account No. **n/a** | | | | Trade debt | | | | |
| **Chapel Valley** 3275 Jennings Chapel Road Woodbine, MA 21797 | - | | | | | | | 18,009.16 |
| Account No. **n/a** | | | | Trade debt | | | | |
| **Construction Applicators** 8610 Virginia Meadows Drive Manassas, VA 20109 | - | | | | | | | 1,090.00 |
| Account No. **n/a** | | | | Trade debt | | | | |
| **Country Termite** P.O. Box 2082 Purcellville, VA 20134 | - | | | | | | | 190.00 |
| Account No. **n/a** | | | | Trade debt | | | | |
| **D.C. Murphy Electrical** 125 Barlow Greenmont Road Gettysburg, PA 17325 | - | | | | | | | 4,000.00 |

Sheet no. __2__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 37,302.27

In re  **Adrian Edwards Custom Homes LLC**                              ,   Case No. __08-12149__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **n/a** | | | Trade debt | | | | |
| **Dewberry & Davis** P.O. Box 1824 Merrifield, VA 22116 | - | | | | | | 1,004.63 |
| Account No. **n/a** | | | Trade debt | | | | |
| **Dominion Electric** 5053 Lee Highway Arlington, VA 22207 | - | | | | | | 22,955.45 |
| Account No. **n/a** | | | Trade debt | | | | |
| **Door Pro America** 14209 John Marshall Highway Gainesville, VA 20155 | - | | | | | | 6,886.00 |
| Account No. **n/a** | | | Trade debt | | | | |
| **Dr. Franco Musio** 2420 Mare Lane Oakton, VA | - | | | | | | 50,000.00 |
| Account No. **n/a** | | | Trade debt | | | | |
| **Dr. George Joseph** 6919 Union Mill Road Clifton, VA 22124 | - | | | | | X | 200,000.00 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      280,846.08

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Adrian Edwards Custom Homes LLC**                              Case No. **08-12149**
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **n/a** | | | | Trade debt | | | | |
| Earheart Excavating P.O. Box 573 Manassas, VA 20109 | | - | | | | | | 1,781.87 |
| Account No. **n/a** | | | | Trade debt | | | | |
| Ecendant 45195 Business Court Dulles, VA 20166 | | - | | | | | | 11,762.50 |
| Account No. **n/a** | | | | Trade debt | | | | |
| Elan 1144-F Walker Road Great Falls, VA 22066 | | - | | | | | | 8,537.50 |
| Account No. **n/a** | | | | Trade debt | | | | |
| Electrical Dynamic 5900 Oakgrove Street Lorton, VA 22079 | | - | | | | | | 809.75 |
| Account No. **n/a** | | | | Trade debt | | | | |
| Executive Roofing 21351 Ridgetop Circle Dulles, VA 20166 | | - | | | | | | 50,000.00 |

Sheet no. **4** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **72,891.62**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  __Adrian Edwards Custom Homes LLC_____,    Case No. ___08-12149_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **n/a** | | | | | Trade debt | | | | |
| **F and H Pavying** <br> **P.O. Box 100** <br> **Unionville, VA 22567** | | - | | | | | | | 14,000.00 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| **Ferguson Enterprises** <br> **13890 Lowe Street** <br> **Chantilly, VA 20151** | | - | | | | | | | 44,993.37 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| **Financial Computer Assoc.** <br> **150 South Washington Street** <br> **Falls Church, VA 22046** | | - | | | | | | | 7,855.30 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| **Fireplace Solutions** <br> **14088A Sulleyfield Circle** <br> **Chantilly, VA 20151** | | - | | | | | | | 5,945.00 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| **Fraser Wallace** <br> **45195 Business Court** <br> **Dulles, VA 20166** | | - | | | | | | | 1,822.50 |

Sheet no. _**5**__ of _**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,616.17

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Adrian Edwards Custom Homes LLC**                                        ,    Case No.    **08-12149**
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **n/a** | | | | | Trade debt | | | | |
| Great Falls Plumbing 6850 Elm Street McLean, VA 22101 | - | | | | | | | | 12,155.00 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| Greco Corporation 4530 Dog Wood Tree Haymarket, VA 20169 | - | | | | | | | | 14,060.00 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| Hemax Construction 2021 Maleady Drive Herndon, VA 20170 | - | | | | | | | | 26,494.25 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| Home and Design Magazine 12501 Prosperity Drive Silver Spring, MD 20904 | - | | | | | | | | 3,740.49 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| Hott and Sons 34176 Charlestown Pike Purcellville, VA 20132 | - | | | | | | | | 13,815.00 |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,264.74

In re **Adrian Edwards Custom Homes LLC**                           , Case No. **08-12149**
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **n/a** | | | | Trade debt | | | | |
| Huntley Nyce & Associates 14428 Albemarle Point Place Chantilly, VA 20151 | | - | | | | | | 1,178.75 |
| Account No. **n/a** | | | | Trade debt | | | | |
| Jose Pimenta Construction 4275 Muncaster Mill Road Rockville, MD 20853 | | - | | | | | | 107,976.42 |
| Account No. **n/a** | | | | Trade debt | | | | |
| K.Y.S. Excellent 3763 Vernacia Drive Chantilly, VA 20151 | | - | | | | | | 7,080.00 |
| Account No. **n/a** | | | | Legal Services | | | | |
| Kasimer and Annino Attn: Steven Annino 7653 Leesburg Pike Falls Church, VA 22046 | | - | | | | | | 5,039.86 |
| Account No. **n/a** | | | | Trade debt | | | | |
| Kenna Company 44157 Wade Drive Chantilly, VA 20151 | | - | | | | | | 42,302.75 |

Sheet no. **7** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **163,577.78**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Adrian Edwards Custom Homes LLC**                              ,   Case No.   **08-12149**

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx5278** | | | - | | Trade debt | | | | |
| **Key Equipment Finance 600 Travis Houston, TX 77002** | | | | | | | | | **1,889.33** |
| Account No. **n/a** | | | - | | Trade debt | | | | |
| **Lomar Painting 9617 52nd Street College Park, MD 20740** | | | | | | | | | **15,300.00** |
| Account No. **xxxxxx6333** | X | | - | | Borrowed against property that foreclosed. When property sold, it was for less than owed. | | | | |
| **M&T Bank 9214 Center Street 2nd Floor Manassas, VA 20110** | | | | | | | | | **160,000.00** |
| Account No. **n/a** | | | - | | Trade debt | | | | |
| **New Image 21171 Morning Way Sterling, VA 20164** | | | | | | | | | **13,079.50** |
| Account No. **n/a** | | | - | | Trade debt | | | | |
| **Old Dominion Trim P.O. Box 1610 Woodbridge, VA 22195** | | | | | | | | | **6,347.50** |

Sheet no. **8** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **196,616.33**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Adrian Edwards Custom Homes LLC**                                    ,        Case No.   **08-12149**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **n/a** | | | | | Trade debt | | | | |
| Olde World Tile & Marble 14700 General Lee Drive Centreville, VA 20121 | | - | | | | | | | 18,109.08 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| Peed Plumbing 11721 Pumpstation Way Manassas, VA 20129 | | - | | | | | | | 60,369.45 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| Potomac Construction 14522 F Lee Road Chantilly, VA 20151 | | - | | | | | | | 3,300.00 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| Precision Brick Cutting P.O. Box 230639 Centreville, VA 20121 | | - | | | | | | | 8,161.00 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| Pro Lift Doors 15212 Haymarket Drive Haymarket, VA 20169 | | - | | | | | | | 5,200.00 |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **95,139.53**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Adrian Edwards Custom Homes LLC**    ,   Case No.   **08-12149**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **n/a**<br><br>**Quality Windows and Doors**<br>**5200 Sunnyside Avenue**<br>**Beltsville, MD 20705** | | - | | Trade debt | | | | 60,294.50 |
| Account No. **n/a**<br><br>**R. A. Dobson**<br>**22875 Bryant Court**<br>**Sterling, VA 20164** | | - | | Trade debt | | | | 3,800.00 |
| Account No. **n/a**<br><br>**Reliable Rails**<br>**8617 Haag Street**<br>**Manassas, VA 20129** | | - | | Trade debt | | | | 4,675.00 |
| Account No. **n/a**<br><br>**Remax Distinctive**<br>**Attn: Casey Margenau**<br>**1307 Dolley Madison Blvd.**<br>**McLean, VA 22101** | | - | | Commissions | | | | 60,500.00 |
| Account No. **n/a**<br><br>**Reston Glass**<br>**133 Spring Street**<br>**Herndon, VA 22070** | | - | | Trade debt | | | | 729.00 |

Sheet no. **10** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**129,998.50**

In re   **Adrian Edwards Custom Homes LLC**           ,    Case No.    **08-12149**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **n/a** | | | | Money loaned to buy land | | | | |
| Robert Atkinson 200 West 79th Street Apt. 11N New York, NY 10024 | X | - | | | | | | 125,000.00 |
| Account No. **xxx-395-7** | | | | Accounting Services | | | | |
| RSM McGladrey 5155 Paysphere Circle Chicago, IL 60674 | | - | | | | | | 20,230.00 |
| Account No. **n/a** | | | | Trade debt | | | | |
| Runyon Dudley 10650 Main Street Fairfax, VA 22033 | | - | | | | | | 15,554.40 |
| Account No. **n/a** | | | | Trade debt | | | | |
| Southland Insulators 8521 Quarry Road Manassas, VA 20129 | | - | | | | | | 14,810.00 |
| Account No. **n/a** | | | | Trade debt | | | | |
| Spaces 1919 Gallows Road Vienna, VA 22182 | | - | | | | | | 1,120.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

176,714.40

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Adrian Edwards Custom Homes LLC**_____,   Case No. ___**08-12149**_____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **n/a** <br><br> **Star Concrete** <br> **P.O. Box 138** <br> **Point of Rocks, MD 21777** | - | | **Trade debt** | | | | 93,852.20 |
| Account No. **n/a** <br><br> **Sterling Mirror** <br> **182 Long Canoe Circle** <br> **Stevensville, MD 21666** | - | | **Trade debt** | | | | 1,932.00 |
| Account No. **xxxxx9447** <br><br> **Stock Building Supply** <br> **P.O. Box 404934** <br> **Atlanta, GA 30384** | - | | **Trade debt** | | | | 2,692.16 |
| Account No. **n/a** <br><br> **Stuart Kitchens** <br> **2221 Greespring Drive** <br> **Timonium, MD 21093** | - | | **Trade debt** | | | | 71,905.99 |
| Account No. **n/a** <br><br> **T & D Carpentry** <br> **14230 Sulleyfield Circle** <br> **Chantilly, VA 20151** | - | | **Trade debt** | | | | 1,215.00 |

Sheet no. __**12**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **171,597.35**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Adrian Edwards Custom Homes LLC** , Case No. **08-12149**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **n/a** | | | | | Trade debt | | | | |
| **T.S.S. Construction** **6820 N. 27th Street** **Arlington, VA 22213** | - | | | | | | | X | 18,000.00 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| **Tanncor** **5029 Airport Road** **Midland, VA 22728** | - | | | | | | | | 1,485.51 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| **Tenn Security** **11910 T-Parklawn Circle** **Rockville, MD 20853** | - | | | | | | | | 1,300.00 |
| Account No. **n/a** | | | | | Trade debt | | | | |
| **The Soil Consultants** **9303 Center Street** **Manassas, VA 20129** | - | | | | | | | | 2,509.00 |
| Account No. | | | | | | | | | |
| **Theodore Bennett** **40436 Beaconhill Drive** **Leesburg, VA 20176** | - | | | | | X | X | X | Unknown |

Sheet no. **13** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,294.51

In re **Adrian Edwards Custom Homes LLC** , Case No. **08-12149**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Thomas Sjoblum** 1015 Millwood Road Great Falls, VA 22066 | - | | | | | X | X | X | **Unknown** |
| Account No. **n/a** **Tom and Janey Nodeen** 11600 Tenn Penny Drive Fairfax Station, VA 22039 | - | | | | Loan - Second trust on property they bought back at foreclosure on 02/25/08 | | | | **163,498.19** |
| Account No. **n/a** **Tom and Janey Nodeen** 11600 Tenn Penny Drive Fairfax Station, VA 22039 | - | | | | Partial Deposit | | | | **53,000.00** |
| Account No. **x0577** **TW Perry** 8519 Connecticut Avenue Chevy Chase, MD 20815 | - | | | | Trade debt | | | | **11,674.64** |
| Account No. **n/a** **Urban Engineering** 4200 D-Technology Court Chantilly, VA 20151 | - | | | | Trade debt | | | | **600.00** |

Sheet no. __14__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**228,772.83**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __Adrian Edwards Custom Homes LLC__ , Case No. __08-12149__
    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **n/a**<br><br>Valley Energy<br>115 E. Main Street<br>Purcellville, VA 20132 | | - | | Trade debt | | | | 166.28 |
| Account No. **n/a**<br><br>Vanover Floors<br>1010 Canons Court<br>Woodbridge, VA 22191 | | - | | Trade debt | | | | 6,600.00 |
| Account No. **n/a**<br><br>Ventrua's Carpentry<br>916 Langdale Court<br>Culpeper, VA 22701 | | - | | Trade debt | | | | 1,100.00 |
| Account No. **xxxxxxxxxx2108Y**<br><br>Verizon<br>P.O. Box 660720<br>Dallas, TX 75266-0720 | | - | | Trade debt | | | | 2,300.00 |
| Account No. **n/a**<br><br>Vintage Lumber Company<br>1 Council Drive<br>Woodsboro, MD 21798 | | - | | Trade debt | | | | 705.45 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,871.73

In re __Adrian Edwards Custom Homes LLC__ , Case No. __08-12149__
  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **n/a** | | | Trade debt | | | | |
| **Wittman Mechanical 22560 Glen Drive Sterling, VA 20164** | - | | | | | | 24,548.50 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 24,548.50 |
| Total (Report on Summary of Schedules) | | 2,997,300.78 |

.

In re   **Adrian Edwards Custom Homes LLC**          ,    Case No.   **08-12149**
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Adrian Edwards Custom Homes LLC**                  ,     Case No.     **08-12149**

Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Adrian Edwards**<br>**1422 Hemingway Court**<br>**Reston, VA 20194** | **Robert Atkinson**<br>**200 West 79th Street**<br>**Apt. 11N**<br>**New York, NY 10024** |
| **Adrian Edwards**<br>**1422 Hemingway Court**<br>**Reston, VA 20194** | **M&T Bank**<br>**9214 Center Street**<br>**2nd Floor**<br>**Manassas, VA 20110** |
| **Adrian Edwards**<br>**1422 Hemingway Court**<br>**Reston, VA 20194** | **BB&T**<br>**Attn: Tim Annett**<br>**1308 Devils Reach Road**<br>**Woodbridge, VA 22192** |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037       

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Adrian Edwards Custom Homes LLC**                                    Case No.   **08-12149**
_____                Chapter   **7**
                              Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**29**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   **May  7, 2008**                          Signature   **/s/ Adrian Edwards**
                                                              **Adrian Edwards**
                                                              **Manager**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.